2

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br>SIMON RAMSUBHAG,<br>Debtor. | **Case No: 14-21184-A**<br>**Chapter 7**<br>**Adversary Proceeding No: 14-02349**<br>**DC NO: HCS-4**<br>**DEFAULT JUDGMENT** |
| ALAN S. FUKUSHIMA, Chapter 7 Trustee,<br>Plaintiff,<br>v.<br>RAY SAHADEO, an individual, and DAN SAHADEO, an individual,<br>Defendants. | |

RECEIVED
March 13, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005471464

**IT IS ORDERED, ADJUDGED, AND DECREED**, as follows:

Plaintiff is awarded judgment of $40,000.00, plus $7,513.50 in attorneys' fees and $34.48 in costs, for a total of $47,547.98 against Defendants Ray Sahadeo and Dan Sahadeo, jointly and severally.

Dated: March 17, 2015

By the Court

Michael S. McManus
United States Bankruptcy Judge

Dated: ______________

UNITED STATES BANKRUPTCY JUDGE